UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED RICK ATHERTON, | No. C 06-6849 MHP (pr) |
|     Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
|     v. | |
| A. P. KANE, warden, | |
|     Respondent. | |

    Petitioner has filed a notice of appeal from the order denying his petition for writ of habeas corpus in which he had challenged a parole denial decision. Under the recent decision of Hayward v. Marshall, — F.3d —, 2010 WL 1664977, *5 (9th Cir. Apr. 22, 2010), a petitioner must obtain a certificate of appealability to appeal such a decision.

    A certificate of appealability will not issue because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

    IT IS SO ORDERED.

DATED: May 6, 2010

                                                    Marilyn Hall Patel
                                                    United States District Judge